UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC PETERSON,

    Plaintiff,

vs                                  Case No: 05-72117
                                     Honorable Victoria A. Roberts

COCA-COLA ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On August 30, 2005, counsel for the parties, Kirk Liebengood representing the Plaintiff, and Charles Lee, representing the Defendant, notified the Court that they have reached a settlement. Accordingly, the Court dismisses this case with prejudice. The Court will retain jurisdiction only for purposes of enforcing the settlement agreement.

    IT IS SO ORDERED.


                                                  s/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated:  August 30, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 30, 2005.

s/Linda Vertriest
Deputy Clerk